MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

LAURIE KLOSTER GRAY (MNBN 0153618)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6557
    FAX: (415) 436-6753
    laurie.kloster.gray@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR-14-00591 WHA |
| v. | |
| JOSE ORLANDO GARCIA, | STIPULATION AND [PROPOSED] ORDER SETTING DATES AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| Defendant. | |

    The Government, by and through its attorney, Laurie Kloster Gray, and defendant, by and through his attorney, Jennifer Schwartz, respectfully submit this Stipulation and Proposed Order setting pre-trial and trial dates and excluding time from the Speedy Trial Act calculation in the above-captioned matter.

    The parties hereby stipulate and agree to the following:

1. Defendant's pre-trial motions are due on January 27, 2015. The government's responses are due on February 10, 2015. Defendant's replies are due on February 17, 2015. The pre-trial motions hearing shall be held on March 3, 2015, at 2:00 p.m.

2. Trial is set for March 30, 2015, at 7:30 a.m., subject to the Court's completion of a previously-calendared March trial. If necessary, the parties agreed to remain available for

      trial on April 6, 2015 or on April 13, 2015.

3. The parties' pre-trial pleadings, including trial briefs, motions in limine, exhibit lists, proposed voir dire questions, and proposed jury instructions shall be filed on March 10, 2015. The pre-trial conference shall be held on March 24, 2015, at 2:00 p.m.

4. The period from December 30, 2014 through and including March 3, 2015 should be excluded from the otherwise applicable Speedy Trial Act computation for effective preparation of the defense, for continuity of counsel, and because of motions filed on January 27, 2015, and pending until March 3, 2015.

IT IS SO STIPULATED.

DATED: January 6, 2015                    MELINDA HAAG
                                               United States Attorney

                                      By:  /s/
                                               LAURIE KLOSTER GRAY
                                               Assistant United States Attorney

DATED: January 6, 2015                    /s/
                                             JENNIFER SCHWARTZ
                                             Counsel for Jose Orlando Garcia

## [~~PROPOSED~~] ORDER

THE COURT HEREBY ADOPTS the pre-trial, trial, and motions dates suggested by the parties and set forth in the Stipulation and [Proposed] Order Setting Dates, filed on January 6, 2015.

THE COURT FINDS that the period from December 30, 2014 through and including March 3, 2015, the date of the parties' next appearance, shall be excluded from the otherwise applicable Speedy Trial Act computation for effective preparation of the defense and continuity of counsel. Additionally, the time from January 27, 2015, through March 3, 2015 shall be excluded from the otherwise applicable Speedy Trial Act computation for motions pending during that time period.

THE COURT FINDS THAT the ends of justice served by granting a continuance from December 30, 2014 through and including March 3, 2015 outweigh the best interest of the public and the defendant in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A).

1  Accordingly, THE COURT ORDERS THAT the period from December 30, 2014 through and
2  including March 3, 2015 is excluded from the otherwise applicable Speedy Trial Act computation,
3  pursuant to 18 U.S.C. § 3161(h)(1)(D), (7)(A), (B)(ii) & (B)(iv).
4  IT IS SO ORDERED.
5  DATED: January 7, 2015.

   _____
   HON. WILLIAM ALSUP
6  United States District Judge