IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE ORLANDO GARCIA,

    Defendant.

    /

No. CR 14-00591 WHA

**REQUEST RE EVIDENTIARY HEARING**

    At the hearing today, the parties agreed to set an evidentiary hearing for Noon on March 12, 2015. Instead, this order proposes to begin the evidentiary hearing at **EIGHT A.M. ON MARCH 12**, break from **ELEVEN A.M. TO NOON**, and then continue at **NOON** as necessary. Counsel are requested to state any objections to this modified schedule by **NOON ON MARCH 5, 2015.**

Dated: March 3, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE