IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOSE ORLANDO GARCIA,

    Defendant.

No. CR 14-00591 WHA

**ORDER RE EVIDENTIARY HEARING**

    Due to Sergeant Michael Young's unavailability on the morning of March 12, the evidentiary hearing will proceed as originally scheduled at **NOON ON MARCH 12, 2015.**

Dated: March 4, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE