JENNIFER SCHWARTZ, Esq. (SBN 135932)
LAW OFFICES OF JENNIFER SCHWARTZ
1299 Fourth Street, Suite 307
San Rafael, California 94901
Telephone: (415) 460-2888
Facsimile: (415) 460-2730
Email: js@jenniferschwartzlaw.com

Attorney for Defendant
JOSE ORLANDO GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE ORLANDO GARCIA,<br><br>Defendant. | Case No. CR 14-00591 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE-SETTING EVIDENTIARY**<br>**HEARING** |

With the agreement of the parties, and with the consent of defendant Jose Orlando Garcia, the parties have conferred and hereby stipulate to vacate the current date set for the evidentiary hearing in this matter and to reset the hearing on March 11, 2015 at 1:00 p.m.

IT IS SO STIPULATED:

Dated: March 5, 2015                                        /s/
                                                   LAURIE KLOSTER GRAY
                                                   Assistant United States Attorney


Dated: March 5, 2015                                        /s/
                                                   JENNIFER SCHWARTZ
                                                   Attorney for Defendant
                                                   JOSE ORLANDO GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE ORLANDO GARCIA,<br><br>Defendant | Case No.: CR 14-00591 WHA<br><br>[PROPOSED] ORDER RE-SETTING EVIDENTIARY HEARING |

Based on the stipulation of the parties, the date and time currently set for the evidentiary hearing in this matter, March 12, 2015 at 12:00 p.m., is vacated. The hearing is now set for Wednesday, March 11, 2015 at 1:00 p.m.

IT IS SO ORDERED.

Dated:  March 5, 2015.

_____
Honorable William H. Alsup
United States District Court Judge