JENNIFER SCHWARTZ, Esq. (SBN 135932)
LAW OFFICES OF JENNIFER SCHWARTZ
1299 Fourth Street, Suite 307
San Rafael, California 94901
Telephone: (415) 460-2888
Facsimile: (415) 460-2730
Email: js@jenniferschwartzlaw.com

Attorney for Defendant
JOSE ORLANDO GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE ORLANDO GARCIA,<br><br>Defendant. | Case No. CR 14-00591 WHA<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE DATE FOR FILING PRETRIAL MOTIONS AND [~~PROPOSED~~] ORDER** |

    The court has set an evidentiary hearing on defendant's Motion To Traverse Search Warrant And For Franks Hearing; Motion To Suppress Evidence And For Evidentiary Hearing for March 11, 2015. The date currently set for filing of pretrial motions in this matter is March 10, 2015. Because the Court's ruling after the evidentiary hearing could be dispositive, the parties' hereby stipulate in support of their joint request for a short continuance of the pretrial motions filing date as follows:

    1. Continuation of the filing date for pretrial motions would provide the parties with critical additional time to prepare for the evidentiary hearing on March 11.

    2. The parties wish to avoid spending unnecessary time preparing pretrial motions given the possibility that the case will be resolved on the motion to suppress.

3. Continuation of the filing date for pretrial motions would not negatively impact either party's ability to adequately prepare for trial.

Based on the foregoing, the parties jointly and respectfully request that the court continue the date for filing of pretrial motions to March 13, 2015.

IT IS SO STIPULATED:

Dated: March 6, 2015

/s/
LAURIE KLOSTER GRAY
Assistant United States Attorney

Dated: March 6, 2015

/s/
JENNIFER SCHWARTZ
Attorney for Defendant
JOSE ORLANDO GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE ORLANDO GARCIA,<br><br>    Defendant | Case No.: CR 14-00591 WHA<br><br>[PROPOSED] ORDER TO CONTINUE DATE FOR FILING PRETRIAL MOTIONS |

Based on the stipulation of the parties, the current date set for filing of pretrial motions is vacated. Pretrial motions will now be due on March 13, 2015.

IT IS SO ORDERED.

Dated: __March 9, 2015.__              _____
                                       Honorable William H. Alsup
                                       United States District Court Judge

STIPULATION AND [PROPOSED] ORDER RE-SETTING EVIDENTIARY HEARING
3