1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  LAURIE KLOSTER GRAY (CABN 0153618
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6557
7       FAX: (415) 436-7234
        Email: laurie.kloster.gray@usdoj.gov
8
   Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,         )  NO.  CR. NO. 14-0591-WHA
14                                   )
         Plaintiff,                  )  NOTICE OF DISMISSAL
15                                   )
      v.                             )
16                                   )
   JOSE ORLANDO GARCIA,              )
17                                   )
         Defendant.                  )
18 _____  )

19
         With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
20
   States Attorney for the Northern District of California dismisses the above indictment without prejudice.
21

22 DATED:  March 13, 2015                    Respectfully submitted,

23                                           MELINDA HAAG
                                             United States Attorney
24

25                                           _____/s/_____
                                             PHILIP GUENTERT
26                                           Deputy Chief, Criminal Division

27

28

1     Leave is granted to the government to dismiss the indictment.

DATED:  March 16, 2015.

                                                    United States District Judge
                                                    WILLIAM ALSUP